JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIA C. AGUILAR,

           Plaintiffs,

      v.

NEW CENTURY HOME EQUITY
LOAN TRUST 2005-4, a common law
trust; NEW CENTURY MORTGAGE
CORPORATION, a California
corporation; et al.,

           Defendants.
_____

Case No. CV 10-08240 DDP (SHx)

**ORDER OF DISMISSAL**

    THE COURT having ordered the Plaintiff to show cause in writing, not later than October 11, 2011, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

    THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b).

    The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: October 13, 2011

DEAN D. PREGERSON
United States District Judge